# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00153-CV

**In re John W. Cook; Marc Cook; Marc Bumbera; Sun Development, L.L.P.;
SD GP, L.L.C.; Petroleum Wholesale, L.P.; PWI GP, L.L.C.; and J.C. Capital, LP**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

_____

Melissa Goodwin, Justice

Before Justices Puryear, Henson and Goodwin

Filed: April 10, 2012